**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6532**

ROBERT CLIFFORD WEDDINGTON,

       Plaintiff - Appellant,

    v.

US XPRESS, INC.; LIBERTY MUTUAL INSURANCE COM; THOMAS WYATT; CHARLES LANCELOTTA, MD; DAVID W. GAW, MD; SCOTT MORGAN, Adjuster,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:21-cv-00484-TDC)

Submitted:  December 17, 2021             Decided:  January 5, 2022

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Clifford Weddington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Clifford Weddington appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2). The district court determined that Weddington's complaint was barred by the statute of limitations. We review a district court's dismissal for failure to state a claim under § 1915(e)(2) de novo, applying the same standards as those for reviewing a Fed. R. Civ. P. 12(b)(6) dismissal. *Martin v. Duffy*, 858 F.3d 239, 248 (4th Cir. 2017) (citations omitted). We have reviewed the record and Weddington's arguments on appeal and affirm for the reasons stated by the district court. *Weddington v. US Xpress, Inc.*, No. 1:21-cv-00484-TDC (D. Md. Mar. 25, 2021). We also deny Weddington's motions for summary disposition, for summary judgment, to appoint counsel, for a hearing, and to join. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*